RECEIVED
IN ALEXANDRIA, LA.

JUL 1 7 2013

TONY R. MOORE, CLERK
BY _____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

EARL B. YOUNG #105511                    DOCKET NO. 12-CV-2154; SEC. P

VERSUS                                   JUDGE JAMES T. TRIMBLE, JR.

NATHAN CAIN, ET AL.                      MAGISTRATE JUDGE KIRK

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's **claim for *injunctive relief*** be **DENIED AND DISMISSED,** and that his claims against **Defendants Nathan Cain, Lynn Cooper, Ms. Victoria, Jennifer Stickells, Gary Gremillion, and Nurse Denise** also be **DENIED and DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

**THUS DONE AND SIGNED,** at ___Alexandria___ , Louisiana, on this 17ᵗʰ day of ___July___ , 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE