RECEIVED

JUL 1 6 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

EARL B. YOUNG,
      Plaintiff

VERSUS

NATHAN CAIN, et al.,
      Defendants

CIVIL ACTION
SECTION "P"
NO. 1:12-cv-02154

JUDGE JAMES T. TRIMBLE, JR.
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that defendants' motion for summary judgment (Doc. 45) is GRANTED and Young's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _16th_ day of _July_ 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE