


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EARL B. YOUNG | CIVIL ACTION NO. 12-2154 |
| VERSUS | JUDGE TRIMBLE |
| NATHAN CAIN, ET AL. | MAGISTRATE JUDGE KIRK |

### O R D E R

Before the court is Plaintiff's Motion for Reconsideration[1] in which Plaintiff seeks reconsideration of this court's prior judgment granting summary judgment in favor of Defendants and dismissing Plaintiff's claims with prejudice.[2] The court has reviewed Plaintiff's motion and finds that Plaintiff demonstrates no basis for reconsideration under Fed. R. Civ. P. 60(b). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED**.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 30TH day of July, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT

---

[1] R. 60.
[2] R. 59.